UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID ROBINSON**,<br><br>    Plaintiff,<br><br>vs.<br><br>**1814 BROADWAY LLC,**<br><br>    Defendant. | Case No. 2:24-cv-00535-TLN-CKD<br><br>**ORDER TO SET ASIDE ENTRY OF DEFAULT**<br><br>Trial Date: None Set |

Upon review and consideration of the Stipulation to Set Aside Entry of Default filed by the named parties in this action, wherein said parties set forth their stipulation and agreement to set aside the default entered against Defendant 1814 Broadway LLC ("Defendant") and allow said Defendant time to respond to the complaint.

**IT IS HEREBY ORDERED** that the Entry of Default against Defendant is hereby set aside. Defendant's response to the Complaint in this matter shall be due on May 8, 2024.

Dated: April 11, 2024

_____
Troy L. Nunley
United States District Judge